**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Nathan L. SMITH, a/k/a Little Wolf,
Defendant–Appellant.**

No. 01–4746.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2002.

Decided June 25, 2002.

Joan A. Mooney, Stiller & Mooner, P.L.L.C., Morgantown, West Virginia, for Appellant. Kasey Warner, United States Attorney, Samuel D. Marsh, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

A jury convicted Nathan L. Smith of conspiracy to distribute 50 grams or more of cocaine base and distribution of cocaine base. Smith was sentenced to 360 months imprisonment. On appeal, Smith claims that his trial counsel was ineffective for failing to fully investigate the case and interview witnesses as Smith requested. We do not find ineffective assistance of counsel conclusively appears on the face of the record and thus deny Smith's attempt to raise this issue on direct appeal. *United ed States v. Richardson,* 195 F.3d 192, 198 (4th Cir.1999), *cert. denied,* 528 U.S. 1096, 120 S.Ct. 837, 145 L.Ed.2d 704 (2000).

Accordingly, we affirm Smith's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*